**DISMISS; and Opinion Filed June 22, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00397-CV

**KENDERIC BONNER, Appellant**
**V.**
**KENDREA HAYNES, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-02178**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated April 9, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 9, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated June 1, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant

that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

We dismiss this appeal for want of prosecution. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180397F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENDERIC BONNER, Appellant

No. 05-18-00397-CV     V.

KENDREA HAYNES, Appellee

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-16-02178.
Opinion delivered by Justice Boatright.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee KENDREA HAYNES recover her costs of this appeal from appellant KENDERIC BONNER.

Judgment entered this 22nd day of June, 2018.